

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Docket No: 113C 1:22CR20341 |
| ) | |
| ALEXANDER JUAN, ) | |
|     Defendant. ) | |

**DEFENDANT'S REPLY TO THE GOVERNMENT'S
OPPOSITION TO DEFENDANT'S MOTION FOR
SENTENCE REDUCTION PURSUANT TO 18 U.S.C § 3582(c)(2)**

Alexander Juan ("Juan"), acting pro se', hereby submits a reply to the Government's Opposition to Defendant's Motion for Setnecne Reduction Pursuant to 18 U.S.C. § 3582(c)(2):

1. The government objects to Juan's motion based on a creative interpretation of the Sentencing Commission's newly enacted guidelines.

2. More specifically, the newly enacted guidelines preclude a reduction in an instances in which "(10) the defendant did not receive an adjustment under § 3B1.1 (Aggravating Role) **and** was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848." [Emphasis supplied.]

3. The government suggests regarding the aforementioned quote that "the language "and" is best read distributively and thus, conjunctively, to require a defendant to meet both prongs, meaning that a defendant who either received an aggravating role adjustment or was engaged in a continuing criminal enterprise (CCE) would be excluded.

2

4. The "Plain Meaning" rule is a well settled area of jurisprudence.

"If the words are plain, they give meaning to the act, and it is neither the duty nor the privilege of the courts to enter speculative fields in search of a different meaning. ... [W]hen words are free from doubt they must be taken as the final expression of the legislative intent, and are not to be added to or subtracted from by considerations drawn from titles or designating names or reports accompanying their introduction, or from any extraneous source. In other words, the language being plain, and not leading to absurd or wholly impracticable consequences, it is the sole evidence of the ultimate legislative intent." Caminetti v. United States, 242 U.S. 470, 490 (1917).

"The plain meaning rule has many formulations, but its essential aspect is a denial of the need to 'interpret' unambiguous language.... In the federal courts the most common effect of the rule has been to preclude resort to bits of legislative history such as reports, hearings, and debates." Murphy, Old Maxims Never Die: The "Plain Meaning Rule" and Statutory Interpretation in the "Modern" Federal Courts, 75 COLUM. L. REv. 1299, 1299-300 (1975) (footnote omitted); cf Kelso & Kelso, Appeals in Federal Courts by Prosecuting Entities Other Than the United States: The Plain Meaning Rule Revisited, 33 HASTINGS L.J. 187, 208 (1981) ("[M]odem debate over the rule centers on the permissible use of extrinsic materials to determine legislative intent.").

5. It is highly reasonable to assume that the United States Sentencing Commission knew and understood the distinction between using the words "and" and "or" when drafting the new rules applying a 2-level downward departure to people who have zero criminal history points and that the plain meaning of the word "or" should apply.

6. Juan, therefore, submits that the government has erred in its position in Opposition to Juan's Motion for relief and this Honorable Court to reduce Juan's Sentencing Guideline calculation by two-levels and recalculate Juan's sentence accordingly, to be effective from and after February 1, 2024.

3

## CONCLUSION

WHEREFORE, the Court should grant this motion, order a two-level reduction of Juan's calculation under the Federal Sentencing Guidelines, and recalculate Juan's sentence reflecting the aforementioned two-level reduction, to be effective as of February 1, 2024.

Dated: November 22, 2023

        Respectfully submitted,

        Alexander Juan
        Register Number: 13977-510
        FPC Pensacola
        Federal Prison Camp
        PO Box 3949
        Pensacola, FL 32516

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail with first class postage prepaid and properly addressed to the following on this 2̲7̲day of November, 2023:

    Lindsey Lazopoulos Friedman, Esq.
    Assistant United States Attorney
    Southern District of Florida
    99 NE 4th Street
    Miami, FL 33132
    PH - (305) 961-9168
    Email – lindsey.friedman@usdoj.gov

    Alexander Juan
    Register Number: 13977-510
    FPC Pensacola
    Federal Prison Camp
    PO Box 3949
    Pensacola, FL 32516

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME 1-Day
MIAMI, FL 33197
DEC 06, 2023

33128

$28.75

RDC 07

R2305H131021-26

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®

EI 917 014 309 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Alexander Jean
PO BOX 3949
Pensacola FL 32516-3949

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) 12/7 | Postage $ 2875 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 2875 | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials cx | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Angela E Noble
Clerk of Court
400 North Miami Ave.
Miami FL 33128

ZIP + 4® (U.S. ADDRESSES ONLY)
33128-1801

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance Included.

PEEL FROM THIS CORNER

REC'D BY

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE.

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

